PEOPLE ex rel. INGERSOLL v. SMITH et al. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Proceeding by the People of the State of New York, on the

142 N.Y.S.—72

relation of Charles Ingersoll, against Isaac E. Smith and others, as trustees, etc., of St. Johnsville & Union Mills.

PER CURIAM. Determination confirmed, with $50 costs and disbursements.

HOWARD, J., dissents.